## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### _____ DISTRICT OF ARKANSAS
### _____ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 2 2015

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

_Tyrone Ellis_____
(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. _149250_____

V.                    CASE NO. _5:15-cv-191 KGB-BD_

_Nwannem Obi, Brett Butler, Jonathan_
_Simmons, Geraldine Campbell, and_
_Aric Simmons, and Melissa Mansfield_
(Enter above the **full** name of the defendant,
or defendants, in this action.)

This case assigned to District Judge _Baker_
~~and to M. . .~~  _Deer_

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action?

        Yes _____          No ___✓___

    B.    If your answer to A is yes, describe each lawsuit in the space below including the
**exact plaintiff name or alias used.** (If there is more than one lawsuit, describe
the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this lawsuit

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

**(Revised July 2014)**

-1-

2.      Court (if federal court, name the district; if state, name the county):

_____

_____

3.      Docket number: _____

4.      Name of judge to whom case was assigned: _____

5.      Disposition (for example:  Was the case dismissed?  Was it appealed?
        Is it still pending?) _____

6.      Approximate date of filing lawsuit: _____

7.      Approximate date of disposition: _____

II.     Place of Present Confinement: *East Arkansas Regional Unit.*
_____

III.    There is a written prisoner grievance procedure in the Arkansas Department of
        Correction and in your county jail. <u>Failure to complete the grievance procedure may
        affect your case in federal court.</u>

        A.      Did you present the facts relating to your complaint in the state or county
                written prisoner grievance procedure?

                Yes ___✓___        No _____

        B.      If your answer is YES, attach copies of the most recent written
                grievance(s)/response(s) relating to your claims showing completion of the
                grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES
                MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u> If copies are
                not available, list the number assigned to the grievance(s) and approximate date
                it was presented.

                _____

                _____

        C.      If your answer is NO, explain why not: _____

                _____

                _____

-2-

**IV.**   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Your Full Name: Tyrone Ellis

Address: Arkansas Department Of Correction, P.O, Box 970, Marianna, Arkansas 72360

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

**You may not name the jail as a Defendant. The jail is a building and cannot be sued.**

B. **Read carefully and fill out all information sought.**

<u>**1. Defendant #1**</u>

Full Name: Nwannem Obi

Position: Doctor

Place of Employment: Correct Care Solutions

Address: Arkansas Regional Office, 6814 Princeton Pike, Pine Bluff, Arkansas 71611

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

Never seen plaintiff giving him adequate medical care after a referral was made January 13, 2014 and January 15, 2014, causing plaintiff unnecessary and wanton infliction of pain up to 9 days.

Are you suing Defendant #1 in his or her: (check the appropriate blank)

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

✓     **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

_____     **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

## 2. Defendant #2

**Full Name:** Brett Butler

**Position:** Doctor

**Place of Employment:** Correct Care Solutions

**Address:** Arkansas Regional Office, 6814 Princeton Pike, Pine Bluff , Arkansas 71611

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

Never seen plaintiff giving him adequate medical care after a referral

-4-

_was made January 13, 2014 and January 15, 2014, causing plaintiff unnecessary and wanton infliction of pain up to 9 days._

**Are you suing Defendant #2 in his or her: (check the appropriate blank)**

\_\_\_\_ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

✓ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

\_\_\_\_ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

_____

_____

**3. Defendant #3**

Full Name: _Jonathan Simmons_

Position: _Doctor_

Place of Employment: _Correct Care Solutions_

Address: _Arkansas Regional Office, 6814 Princeton Pike, Pine Bluff,_

_Arkansas 71611_

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_Never seen plaintiff giving him adequate medical care after a referral_

_was made January 13, 2014 and January 15, 2014, causing plaintiff_

_unnecessary and wanton infliction of pain up to 9 days._

Are you suing Defendant #3 in his or her: (check the appropriate blank)

_____ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

__✓__ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ **both official and personal capacity**

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

**4. Defendant #4**

Full Name: _Geraldine Campbell_

Position: _Advance Practice Nurse_

Place of Employment: _Correct Care Solutions_

Address: _Arkansas Regional Office, 6814 Princeton Pike, Pine Bluff,_

_Arkansas 71611_

Briefly describe the act(s) or omission(s) of this Defendant who you claim
harmed you.

_Never seen plaintiff giving him adequate medical care after a referral was_

_made, January 13, 2014 and January 15, 2014, causing plaintiff_

_unnecessary and wonton infliction of pain up to 9 days._

Are you suing Defendant #4 in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the
governmental entity this Defendant works for and requires proof that a
custom or policy of the governmental entity caused the alleged violation).

_✓_ personal capacity only (A personal capacity claim is one that seeks to
hold an individual liable for his own actions taken in the course of his
duties).

_____ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or
policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

**5. Defendant #5**

**Full Name:** Aric Simmons

**Position:** Advance Practice Nurse

**Place of Employment:** Correct Care Solutions

**Address:** Arkansas Regional Office, 6814 Princeton Pike, Pine Bluff, Arkansas 71611

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

Never seen plaintiff giving him adequate medical care after a referral was made January 13, 2014 and January 15, 2014, causing plaintiff unecessary and wanton infliction of pain up to 9 days.

**Are you suing Defendant #5 in his or her: (check the appropriate blank)**

_____   **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

✓   **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____   **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

-8-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## 6. Defendant #6

Full Name: _Melissa Mansfield_

Position: _License Practice Nurse Practical Nurse_

Place of Employment: _Correct Care Solutions_

Address: _Arkansas Regional Office, 6814 Princeton Pike, Pine Bluff,_
_Arkansas 71611_

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_After Documenting her nacme on a sickcall December 27, 2013 but disregarded to see plaintiff in the sickcall process to ensure plaintiff recieve adequate medical care causing plaintiff unnecessary and wanton infliction of pain up to 26 days._

Are you suing Defendant #6 in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity and requires proof that a custom or policy of the governmental entity caused the alleged violation).

✓    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

\_\_\_\_    both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

V.    At the time of the alleged incident(s), were you:
(check the appropriate blank)

\_\_\_\_    in jail and still awaiting trial on pending criminal charges
✓    serving a sentence as a result of a judgment of conviction
\_\_\_\_    in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _____

_____

Please provide the date of your conviction or probation or parole revocation:

_____

## VI.   Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Defendant LPN. Mansfield deprive plaintiff of his 8th Amendment Constitutional Rights acting with deliberate indifferent to plaintiff sickcall by knowing plaintiff was facing a substantial risk of serious harm and defendant LPN Mansfield disregarded to give plaintiff adequate medical care as of seeing plaintiff in the sickcall process on December 27, 2013 which was cruel and unusual punishment to plaintiff referred to Affidavit #1 and Grievance # EOM14-00222 Health Services Response To Unit Level Grievance (Inmates Appeal). Plaintiff never recieve adequate medical care untill January 22, 2014 Twenty-Six days plaintiff suffered with oil out of a water Sprinkler in sitt his skin causing injury from December 27, 2013 due to the misconduct of defendant LPN Mansfield referred to Affidavit #1 and Grievance # EOM14-00222 Health Services Response To Unit Level Grievance. Defendants Doctor Obi, Doctor Butler, Doctor Simmons, APN Campbell, and APN Simmons deprive plaintiff of his 8th Amendment Constitutional Rights by acting with deliberate indifferent to the referrals defendants recieved on

## VII.   Relief

If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓   Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

_____ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

That the Judge or court order or command defendants grant plaintiff

$250,000.00 Compensatory damages. $50,000.00 Compensat

That the Judge or Court order or command defendants

grant plaintiff $50,000.00 Compensatory damages.

_____

_____

_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __27th__ day of __May_____, 20_15_ .

Tyrone Allen Ellis
Printed Name of Plaintiff

Tyrone Allen Ellis
Signature of Plaintiff

January 13, 2014 and December 15, 2014 this a time, plaintiff was page 13 #1.1 on Defendants knowing plaintiff was facing a substantial risk of serious harm due to the referrals and defendants disregarded to give plaintiff adequate medical care as of seeing plaintiff for the referrals they recieved witch was cruel and unusual punishment to plaintiff referred to Affidavit #1 and Grievance # EAM 14-00222 Health Services Response To Unit Level Grievance. Plaintiff never recieved adequate medical care untill January 22, 2014 nine days plaintiff suffered with oil out of a water sprinkler in his skin causing injury from January 13, 2014 due to the misconduct of Defendants Doctor Obi, Doctor Butler, Doctor Simmons, CLPN Campbell, and CLPN Simmons referred to Affidavit #1 and Grievance # EAM 14-00222 Health Services Response To Unit Level Grievance.

Extra Sheet

Supplemental Affidavit To Plaintiff Complaint.

--800-4--

**STATE OF ARKANSAS** ) s ( Affidavit #1.)

**COUNTY OF** _Lee_ )

### AFFIDAVIT

I, _Tyrone Ellis ADC # 149250_, after first being duly sworn, do hereby swear, depose and state that: _In Tyrone Ellis ADC # 149250 medical dautlet there is a sickcall dated December 23, 2013 triaged December 27, 2013 by LPN. Mansfield who documented nothing but her name because she never seen me in the sickcall process. There is a sickcall in plaintiff medical jacket dated January 8, 2014 triaged January 13, 2014 by LPN Key who documented busted sprinkler December 18, 2013 / Itching burning to chest area, discoloration. Refer to provider. There is a sickcall in plaintiff medical dautlet dated January 14, 2014 triaged January 15, 2014 by LPN Proffit Proffitt who documented. Refer To Provider. If plaintiff case proceed the sickcalls triaged by LPN's above can be revealed under discovery request or A Motion To Compel._

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_May 7, 2015_
**DATE**

_Tyrone Ellis_
**AFFIANT**

**SOCIAL SECURITY #**

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _7_ day of _may_, 20_17_.

_Seccer Co_
**NOTARY PUBLIC**

My Commission Expires: _Dec 01 2017_

Supplemental Affidavit To Plaintiff Complaint.

800-4

STATE OF ARKANSAS )
                  ) § (Affidavit #2.)
COUNTY OF  Lee    )

### AFFIDAVIT

I, Tyrone Ellis ADC# 149250 , after first being duly sworn, do hereby swear, depose
and state that: If Tyrone Ellis case proceed Under Discovery or a Motion To
Compel he can prove what provider list as of Doctor or APN list he
was placed on after referred to provider in the sickcall assessment
on sickcalls in plaintiff medical jacket dated January 8, 2014 and
January 14, 2014.

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

May 27, 2014                           Tyrone Ellis
DATE                                   AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 28 day of
May , 20 15 .

                                       NOTARY PUBLIC

My Commission Expires: Oct. 18, 2022

Supplemental Affidavit To Plaintiff Complaint.

800-4

STATE OF ARKANSAS )   ( Affidavit #3.)
                  ) §
COUNTY OF Lee_____ )

## AFFIDAVIT

I, Tyrone Ellis ADC# 149250_____, after first being duly sworn, do hereby swear, depose and state that: All doctor's or APN's involved in plaintiff form to be used by prisoners in filing a complaint under the civil rights ACT, 42 U.S.C. § 1983 were employeed with Correct Care Solutions January 13, 2014 – January 22, 2014 who fail to see him for the referrals that were made threw the assessment of sickcalls January 13, 2014 and January 15, 2014 witch caused him unecessary and wanton infliction of pain up to 9 days.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

May
June 27, 2015_____          Tyrone Ellis_____
DATE                        AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 28 day of
_____May_____, 20 15.

_____
NOTARY PUBLIC

My Commission Expires: Oct. 18, 2022

RODNEY FORD
NOTARY PUBLIC
SAINT FRANCIS CO., ARKANSAS
Comm. No. 12390694
My Comm. Exp. Oct. 18, 2022

IGTT420
3GH

Attachment IV

INMATE NAME:  Ellis, Tyrone          ADC #:  149250A          GRIEVANCE #:  EAM14-00222

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(605)Your grievance states "I am complaining as of 01/18/2014 while being housed in cell #802 that I've been submitting sick calls to medical from 12/23/2013 until 01/15/2014 about my skin on my chest and back being irritated burning , dry and itching from the oil out of a water sprinkler I busted on 12/18/2013".

Review of your medical jacket show a sick call dated 12/23/13 regarding your complaint that was triaged on 12/26/13. You were seen by Nurse Mansfield on 12/27/13 with complaints of itchy skin from the oil of a busted water sprinkler. She documented no lesions/rash noted on your body or no open wounds and that you requested to see a provider for special lotion. There was no referral. On 1/18/14 you were seen in sick call by Nurse Reese with complaints of the oil from the sprinkler causing your skin to itch and burn and putting in sick calls but nobody hadn't seen you for it. She documented an area to the chest, posterior neck and back with discoloration noted. You were given hydrocortisone cream per protocol and referred to a provider. Ms. Campbell saw you on that referral on 1/22/14. You were diagnosed with Tinea Versicolor and prescribed Selenium Sulfide shampoo with instructions for use and to use the sick call process as needed. This grievance may have had merit but has since been resolved.

Debra Horton

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

ARKANSAS DEPARTMENT
OF CORRECTIONS

LPN                    02/21/2014
Title                     Date

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I concur all of the Health Service Administrator response except Nurse Mansfield seen me on 12/27/2013 with complaints of itchy skin from the oil of a busted water sprinkler. She documented nothing on the sickcall dated 12/23/2013 in writing in my medical jacket under date triaged 12/26/2013 as of no lesions/rash noted on my body or no open wounds and that I requested to see a provider for special lotion. There is no referral. Nurse Mansfield lied.

_Tyrone Allen Ellis_      _149250_      _02-23-2014_
Inmate Signature           ADC#           Date

RECEIVED BY CORRECTION
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 1 2 2014

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

INMATE NAME: Ellis, Tyrone          ADC #: 149250          GRIEVANCE#:EAM14-00222

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On January 18, 2014, you grieved that you have been submitting sick calls since December 23, but have yet to be seen. You state on December 18, you busted a water sprinkler and your chest and back have become irritated from the oil that came from the sprinkler. You state no nurse has given you medical attention for your complaints until January 18, but you were not provided with medication.

The medical department responded, "Review of your medical jacket show a sick call dated 12/23/13 regarding your complaint that was triaged on 12/26/13. You were seen by Nurse Mansfield on 12/27/13 with complaints of itchy skin from the oil of a busted water sprinkler. She documented no lesions/rash noted on your body or no open wounds and that you requested to see a provider for special lotion. There was no referral. On 1/18/14 you were seen in sick call by Nurse Reese with complaints of the oil from the sprinkler causing your skin to itch and burn and putting in sick calls but nobody hadn't seen you for it. She documented an area to the chest, posterior neck and back with discoloration noted. You were given hydrocortisone cream per protocol and referred to a provider. Ms. Campbell saw you on that referral on 1/22/14. You were diagnosed with Tinea Versicolor and prescribed Selenium Sulfide shampoo with instructions for use and to use the sick call process as needed. This grievance may have had merit but has since been resolved."

Your appeal states that you agree with the medical department's response except for Nurse Mansfield's documentation. You state that Nurse Mansfield did not document on your sick call that was triaged on December 26. You state Nurse Mansfield lied.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints; therefore, the issue of Nurse Mansfield documentation will not be discussed at this time.

This appeal is without merit.

Director _____   Date 4/29/14

# UNIT LEVEL GRIEVANCE FORM (Attachment F)

GRIEVANCE/RECEIVED

JAN 23 2014

EAST AR REGIONAL UNIT

Unit/Center __EARU__

Name __Tyrone Ellis__

ADC# __149250__     Brks # __802__   Job Assignment _____

FOR OFFICE USE ONLY

GRV. # __EAMI4-00222__

Date Received: __1-23-14__

GRV. Code #: __COO__

__01/18/2014__ (Date) STEP ONE: Informal Resolution

__01/22/2014__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Complaint was not addressed in a timely manner.__

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __Yes__ *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __I am complainting as of 01/18/2014 while being__
__housed in cell # 802 that I've been submitting sickcalls to medical from 12/23/2013 untill 01/18/2014__
__about my skin on my chest and back being irritated burning, dry and itching, from the oil out of a__
__water sprinkler I busted on 12/18/2013. A nurse gave me no medical attention untill 01/18/2014 as__
__of addressing one of my sickcalls but provided me with no type of cream or medication for my__
__skin. Witch I am being affected by my skin still being injured and damaged from the oil released__
__out the water sprinkler into my skin. An I would like to recieve cream or medication at medicals__
__earliest convience as of recieving notice of this informal resolution.__

__Tyrone Ellis__
Inmate Signature

__January 18, 2014__
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __1/18/14__ (date), and determined to be **Step One** and/or an Emergency Grievance
__Yes__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name
of the person in that department receiving this form: __Medical__ Date __1/18/14__

__Sgt. Jones__                          __Sgt C. Jones__                    __1/18/14__
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION   Date Received

Describe action taken to resolve complaint, including **dates**: _____

MAR 12 2014

HEALTH & CORRECTIONAL PROGRAMS

_____                              _____
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on __1-22-14__ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: __M. Smith__ Date: __1-22-14__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

| **ISSR100** | **Arkansas Department of Corrections**<br>East AR Regional Max Unit **Unit**<br>**MAJOR DISCIPLINARY** | If the C.S.O. determines that the violation(s)<br>described on this document are felonious; he/she<br>must hand carry this document to the Unit Warden<br>who must immediately notify the Director. |

**Inmate:** Ellis, Tyrone                    **ADC#:**  149250A                    **Assignment:** AM/PM:Punitive

**Class:** IV      **is being charged by**      Thomas, Marquita L                    **Title:**
**with code violation(s):**

12-1. Failure to obey verbal and/OR written orders of staff
02-12 Failure to keep one's person OR quarters IN accordance with regulations

**Date & Time:** 12/18/2013      11:00 PM
**Notice of Charges:**

On Dec. 18, 2013 approx: 11:00 pm I Ofc thomas of Max B Shift was assigned in Isolation 3 contol booth operator in zone 1 while I was conducting my normasl visual security check, I noticed water coming from underneath cell # 72 housed by inmate Ellis, Tyrone #149250 ( identified by eomis) Inmate Ellis, T yelled that he had broken the water sprinkler head ( cost 78.00) . Then I advised my zone Supervisor Sgt. Cole about the incident in Iso 3 to inmate Ellis, T cell and found a 4 inch piece of fence wire in inmate Ellis, T cell Inmate Knows that his actions are against ADC Policy therfore I am chargin him with 12-1, 2-12 end of Statement

(I affirm that the information in this report is true to the best of my knowledge)       Signature of Charging Officer

| **NOTIFICATION:** | **Officer** | _____ | **Date & Time Notified** |

**Witness Statements:**      **No** X_____      **If yes, list:**

Inmate's Signature

**C.S.O. Review:**      **Outcome:** Refer to Hearing Officer/Comm.
                        **By:** Glover, Phillip C                    **Date** 12/20/2013

**Extension:**   No  X_____   Yes _____   **Has extension form been completed?** _____

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.
   **Counsel-Substitute:**   **Assigned (Name)** _____                    **Not Assigned**

*Evidence To Plaintiff Complaint.*