IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRONE ELLIS,**
**ADC #149250**                                                                       **PLAINTIFF**

v.                   Case No. 5:15-cv-191 KGB/BD

**NWANNEM OBI, et al.**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed with prejudice. The relief sought is denied.

So adjudged this 13th day of September, 2016.

_____
Kristine G. Baker
United States District Judge